# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN  DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL NO. 97-00037-KD** |
| ) | |
| **TOMESHA LATRIENNE WILLIAMS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the Court on defendant, Tomesha Latrienne Williams'[1], "Motion for Early Termination of Supervised Release" (doc. 113) filed February 11, 2009. [2]

Defendant moves the Court, pursuant to 18 U.S.C. § 3683(e)(1), for early termination of her term of supervised release on the grounds, in sum, that she was released early (July 8, 2005) from prison because of good behavior and had no disciplinary problems during her incarceration. Defendant also notes that she has been in compliance with her SRT since her release.  This has been corroborated by Rachel Schnayerson, Ms Williams' supervising probation officer, who also advises that there are no objections to the early termination request.

Upon consideration of the motion and documents filed in support, as well as the information obtained from the Office of Probation, United States District Court for the Central

---

[1]  Defendant states that she has married and is now known as Tomesha L. Jones.

[2]  On February 12, 2009 the Court issued an order setting a February 25, 2009 deadline for any responses or objections.  (doc. 114)  The deadline has now passed with no objection or other response being filed.

District of California, the motion for early termination of supervised release is **GRANTED.**

**Defendant's term of supervised release is terminated as of <u>April 15, 2009.</u>**

**DONE** this the <u>3rd</u> day of March 2009.

<u>/s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**